79,030-01

4-14-2015 (date)

JAMES EDWARD ECHOLS I.D. # 1757036

MARK W. STILES UNIT

3060 FM 3514

BEAUMONT, TEXAS 77705

CCA NO. WR-79,030-01

Case NO. 401-81145-10

COURT OF CRIMINAL APPEALS

Mr. Abel Acosta, Clerk

P.O. Box 12308, CAPITOL STATION

Austin, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

Dear Mr. Acosta:

"Greetings!" I am contacting your Clerk office to Notify you that I am in need of Free copies in my Case.

1. The appellate record:

2. A copy of the opinions of the court of appeals:

3. A copy of the motions Filed in the court of appeals: and

4. Certified copies of any Judgment or order of the court of appeals.

5. I would like the court of criminal Appeals to Answer to the Briefs.

6. I want to Know who wrote the Briefs.

7. Copies of the Briefs.

8. when was the Briefs File

9. when was the Briefs Dismiss

10. Appeals District clerk when Fileing original notice Appeal fileing who File it again who wrote the Appeal ask for the copies of the Briefs.

11. I would like the copies of the writ of Habeas Corpus application

Please Turn over →

Original filed in the court of criminal Appeals at that time.

If there are any question about this request, I can be reached at the below address. appreciate your assistance with this matter

THANK YOU! your in christ,

Sincerely,
James Edward Echols
JAMES EDWARD ECHOLS I.D. # 1752036
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

CC